# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Brian P. Teal                                      Docket No. 5:10-CR-370-1-FL

### Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brian P. Teal, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1363 and 2, Destruction of Buildings and Property and Aiding and Abetting, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 18, 2011, to a 60-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall be confined in the custody of the Bureau of Prisons for 45 days of intermittent confinement to be served at the direction of the probation office over the five year period of probationary supervision and shall abide by all rules and regulations of the designated facility.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. The defendant shall participate in a vocational training program as directed by the probation office.

6. The defendant shall obtain employment and his GED.

7. The supervising probation officer shall provide to the court every 6 (six) months, a report noting the defendant's progress while on supervision.

8. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Brian P. Teal
Docket No. 5:10-CR-370-1-FL
Petition For Action
Page 2

On September 14, 2011, the defendant's restitution was held in abeyance by the Court until he secured gainful employment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In July 2013, the defendant's parents relocated to Florida, and advised the probation office that he could not relocate with them. This left the defendant with no residence or ties to the Eastern District of North Carolina. Family friends in the Middle District of North Carolina were willing to allow the defendant to reside with them, and supervision has been provided in that district since that time. Due to the defendant's lack of employment, failure to comply with mental health treatment, and minimal motivation with regard to independent living, it has been requested that the defendant be placed at a residential re-entry center. It is anticipated that this placement will better assist the defendant with this transition to independent living. Since the filing of the last status report with the court, there have been no other changes in his status, and he has incurred no new criminal charges.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall cooperatively participate in a program of the Residential Re-Entry Center (RRC) until discharged by the center director and/or probation officer, but not later than 180 days from admission.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: January 6, 2014 |

Brian P. Teal
Docket No. 5:10-CR-370-1-FL
Petition For Action
Page 3

**ORDER OF COURT**

Considered and ordered this  8th  day of  January , 2014, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge