UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brian P. Teal            Docket No. 5:10-CR-370-1FL

## Petition for Action on Probation

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brian P. Teal, who, upon an earlier plea of guilty to 18 U.S.C. §§1363 and 2, Destruction of Buildings and Property, and Aiding and Abetting, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on March 18, 2011, to a 60-month term of probation under the conditions adopted by the court. On September 14, 2011, the defendant's restitution was held in abeyance by the Court until he secured gainful employment. On January 6, 2014, his conditions of probation were modified to include placement at a Residential Re-Entry Center for a period not to exceed 180 days, while residing in the Middle District of North Carolina. He relocated to the Middle District of Florida, to reside with his parents, and remains under the supervision of the Jacksonville, Florida, probation office at this time. On September 15, 2015, the defendant's conditions of probation were modified to include 25 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** According to the supervising probation officer in Jacksonville, Florida, the defendant has failed to make any progress in his search for employment, and fails to follow through with instructions of the probation officer to report daily to a temporary employment agency to obtain employment. He has also failed to submit documentation of his job search efforts in October 2015. As previously reported to the court, the defendant has failed to submit a restitution payment since December 2014. In an effort to aid in finding stable employment as well as serve as a punitive sanction, the probation officer has recommended placement at a Residential Re-Entry Center, for a period not to exceed his expiration date of March 17, 2016. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period not to exceed his expiration date of March 17, 2016, as arranged by the probation office in the Middle District of Florida, and shall abide by the conditions of that program during said placement.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-483-8613<br>Executed On: January 7, 2016 |

**Brian P. Teal**
**Docket No. 5:10-CR-370-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __8th__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge